

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-21-00015-CV

Eric **PASANISI** and Tanganyika Wildlife Safari, Ltd.,
Appellants

v.

Mark **VANHAM** and Klineburger Vanham International Hunting Consultants, LLC.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08521
Honorable Laura Salinas, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record, stating that the appellants failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellants are not entitled to preparation of the clerk's record without paying the fee.

It is therefore ORDERED that appellants provide written proof to this court on or before **February 12, 2021**, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.



MICHAEL A. CRUZ, Clerk of Court